BENJAMIN WILHELM and BERTHA WILHELM, Copartners, Doing Business, etc., Appellants, v. ROSE DICKMAN and JULIUS DICKMAN, Executors and Trustees, etc., of ISAAC DICKMAN, Deceased, and Another, Respondents, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that plaintiffs established a *prima facie* case which should have been submitted to the jury. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of FRANK C. FISHER, Respondent, v. GEORGE AZAR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CECELIA GERAGHTY and JOSEPH GERAGHTY, Individually, and JOSEPH GERAGHTY, as Guardian ad Litem of PATRICIA GERAGHTY, an Infant, etc., Respondents, v. JACOB SLUTZKIN and ANNIE SLUTZKIN, Appellants.— Judgment in favor of the plaintiffs Cecelia Geraghty and Patricia Geraghty unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the finding of the jury that the accident was due to a defective electric light bulb was against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM CHOLEK, Respondent, v. CARL NAVIAS, Appellant, by Original Summons between the Said CARL NAVIAS, Plaintiff, against WILLIAM CHOLEK and MICHAEL GRODZINSKI, Also Known as JOHN MICHAELS, Defendant, by Counterclaim.— Judgment unanimously modified by remitting all the issues raised by the pleadings to the official referee and by providing that the costs of the successful party be taxed upon final judgment, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CAROLINA BANK & TRUST COMPANY, Respondent, v. PICKWICK COSMETIC CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (December 9, 1939.)

FRED A. NACHMAN and Others, etc., Respondents, v. THE TENNESSEE ELECTRIC POWER COMPANY and Others, Defendants, and CITY BANK FARMERS TRUST COMPANY, as Successor to the NATIONAL CITY BANK OF NEW YORK, as Trustee, etc., Appellant. HOWARD M. ERNST and Others, etc., Respondents, v. WILLIAM W. HOFFMAN, as Trustee under a Mortgage or Deed of Trust Dated June 1, 1922, as Amended, etc., Defendant, and CITY BANK FARMERS TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust Dated June 1, 1922, as Amended, etc., Appellant.— Order unanimously modified to the extent stated in order, and as so modified affirmed, without costs. Order entered pursuant to stipulation. Present — Martin, P. J., O'Malley Townley, Dore and Cohn, JJ.